1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF, | ) Case No.: 3:13-cv-03488-WHO |
| | ) |
| Plaintiff, | ) **Civil Rights** |
| | ) |
| vs. | ) **ORDER DISMISSING PLAINTIFF'S** |
| | ) **ACTION AGAINST DEFENDANTS** |
| BLACK ROCK INN, LLC, a California Corporation; VINE & DINE PROPERTIES, LLC, a California Corporation; JEFFREY ORLIK, an individual, and DOES 1 through 10, Inclusive, | ) **BLACK ROCK INN, LLC; VINE &** ) **DINE PROPERTIES, LLC; AND** ) **JEFFREY ORLICK** ) ) ) ) |
| Defendants. | ) ) ) |

ORDER DISMISSING ACTION
Case No.: 3:13-cv-03488-WHO                                                                                                1

1  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and Plaintiff RICHARD SKAFF and
2  Defendants BLACK ROCK INN, LLC; VINE & DINE PROPERTIES, LLC; and
3  JEFFREY ORLICK (collectively, "Parties") having settled all claims, and good cause
4  showing, it is hereby ORDERED that the above-captioned action be dismissed with
5  prejudice in its entirety.
6
7
8  IT IS SO ORDERED.
9
10 DATED: October 15, 2013                    _____
                                               WILLIAM H. ORRICK, III
11                                             United States District Court Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the above-entitled action; my present address is: 16531 Bolsa Chica Street, Suite 205, Huntington Beach, CA 92649.

On October 15, 2013, I electronically filed with the United States District Court – Northern District of California CM-ECF system the following document(s):

**[PROPOSED] ORDER DISMISSING PLAINTIFF'S ACTION AGAINST DEFENDANTS BLACK ROCK INN, LLC; VINE & DINE PROPERTIES, LLC; AND JEFFREY ORLICK**

Thereby electronically serving the following:

LAWRENCE TEPLIN – lteplin@coxcastle.com

as reflected in the automatically generated Notice of Electronic Filing (NEF) attached.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 15, 2013, at Huntington Beach, California.

/s/ Patricia Barbosa
PATRICIA BARBOSA